IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SALAS, Sr.,

    Petitioner,                 2:04-cv-2550-GEB-CMK-P

    vs.

DAVID RUNNELS, Warden, et al.,     <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u>

    Respondents.

                             /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On July 13, 2007, the magistrate judge filed findings and recommendations (Doc. 11) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2007, are adopted in full;

2. Petitioner's petition for writ of habeas corpus is dismissed for failure to exhaust state remedies; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: August 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge