IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SALAS, Sr.,

    Petitioner,                       2:04-cv-2550-GEB-CMK-P

    vs.

DAVID RUNNELS, Warden, et al.,

    Respondents.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 19), filed on October 11, 2007.[1]

        Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

---

[1] Petitioner has also filed his second objections to the magistrate judge's findings and recommendations. The findings and recommendations have previously been adopted and petitioner's first objections and request for reconsideration was denied on September 28, 2007. Petitioner's second objections do not change the analysis, and therefore the objections are denied.

1  showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.
2  22(b).  For the reasons set forth in the magistrate judge's July 13, 2007 findings and
3  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
4  right.
5         Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
6  of appealability is denied.

7  Dated:  December 7, 2007

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge